IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEAN LUC HAUVILLER, #1000126 | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3:03-CV-1900-M |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. Objections were filed by Respondent, not Petitioner. The Court thus reviewed the Findings objected to by Respondent *de novo* and the other proposed Findings, Conclusions and Recommendation for plain error. Finding no error, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20 day of SEPTEMBER, 2005.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE